IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DONALD RICHARD KARR, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>RENEE HAGEN, DOE ONE as individual, UHAUL STORAGE & UHAUL MOVING, and DOES 1-500,<br><br>Defendants. | CV-25-14-BLG-SPW-TJC<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on March 24, 2025. (Doc. 6). The Magistrate recommended that this matter be dismissed based on improper venue. (*Id.* at 3–5).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir.

2000).  After reviewing the Findings and Recommendations, this Court does not find

that the Magistrate committed clear error. [1]

     IT IS ORDERED that the proposed Findings and Recommendations entered

by the United States Magistrate Judge (Doc. 6) are ADOPTED in full.

     IT IS FURTHER ORDERED that this matter is dismissed based on improper

venue.  *See* 28 U.S.C. § 1406(a).  The Clerk of Court is directed to close this matter.


DATED this __11th__ day of April, 2025.

                                           _____

                                           SUSAN P. WATTERS
                                           United States District Judge

---

[1] The Findings and Recommendations mistakenly cited to Title 18 of the U.S. Code regarding the Court's discretion to dismiss or transfer the case.  (Doc. 6 at 5).  The Court notes that this was a typographical error and relies on Title 28 of the U.S. Code, Section 1406(a) in dismissing the case for improper venue.